# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Kathleen R Husick            )   Chapter 13
                                      )   Case No. 17 B 17929
   Debtor(s)                          )   Judge LaShonda A. Hunt

## Notice of Motion

Kathleen R Husick
3609 S. 54th Ave.
Cicero, IL 60804

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 26, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 7, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On June 13, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on October 23, 2017, for a term of 36 months with payments of $275.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 26 | $6,875.00 | $6,049.72 | $825.28 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/06/2019
Due Each Month: $275.00
Next Pymt Due: 08/13/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/16/2018 | 4832931000 | $275.00 | 07/19/2018 | 5080524000 | $275.00 |
| 08/10/2018 | 9416733950 | $444.00 | 09/05/2018 | 5208990000 | $275.00 |
| 10/03/2018 | 5284557000 | $275.00 | 11/08/2018 | 5379170000 | $275.00 |
| 12/07/2018 | 5453888000 | $275.00 | 01/18/2019 | 5551244000 | $275.00 |
| 03/04/2019 | 5667736000 | $275.00 | 04/08/2019 | 5765859000 | $275.00 |
| 05/17/2019 | 5866752000 | $275.00 | 07/02/2019 | 5987007000 | $275.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE